```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ZIM AMERICAN INTEGRATED SHIPPING                               :
SERVICES CO., LLC,                                             :
                                                               :
                              Plaintiff,                       :   20-cv-4838 (LJL)
                                                               :
              -v-                                              :   ORDER
                                                               :
SPORTSWEAR GROUP, LLC,                                         :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2021

LEWIS J. LIMAN, United States District Judge:

     The Court's opinion and order filed on November 18, 2021 dismissed the amended complaint without prejudice.  Dkt. No. 24.  The Court permitted Plaintiff one last opportunity to re-plead and noted that if amended pleadings are not filed on the docket within 30 days, the case will be closed.  *Id.* at 18.  Over 30 days have passed, and amended pleadings have not been filed on the docket.  Accordingly, the Clerk of Court is respectfully directed to close the case.

     SO ORDERED.

Dated: December 23, 2021
       New York, New York

                                                    LEWIS J. LIMAN
                                               United States District Judge